

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

On May 8, 2015, appellee's counsel, Joseph P. Appelt filed a "Notice of Motion for Withdrawal of Counsel." In the motion, counsel asked this court for permission to withdraw from his appellate representation of appellee, Manuel G. Castro. We denied counsel's motion because it did not comply with Rule 6.5 of the Texas Rules of Appellate Procedure. Counsel has now filed a second motion to withdraw and we find he has corrected the deficiencies noted in our order denying his original motion.

Accordingly, we **GRANT** Joseph P. Appelt's motion to withdraw. In conjunction with the motion to withdraw, counsel filed on behalf of appellee a response to this court's Rule 38.8 letter, which inquired about the status of appellee's brief. Counsel explained he was not hired to represent appellee on appeal and asks that we grant appellee an extension of time to file his brief. We therefore also **GRANT** counsel's request on behalf of appellee for additional time to file appellee's brief. We **ORDER** appellee to file his brief in this court **on or before June 19, 2015**. Appellee's brief was originally due April 29, 2015, and therefore this extension grants appellee fifty-one days from the original due date to file his brief.

We **order** the clerk of this court to send a copy of this order to appellant, appellee, and attorney Joseph P. Appelt.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.

Keith E. Hottle
Clerk of Court